UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR VOLOS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  2:20-cv-01639 (SS)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>ECF No. 18 |

For good cause shown, plaintiff's motion for extension of time to file his motion for summary judgment is granted. ECF No. 18. Plaintiff now has until August 19, 2021 to move for summary judgment.

IT IS SO ORDERED.

Dated:   August 13, 2021                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE