|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VLADIMIR VOLOS,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>                    Defendant. | 2:20-cv-01639-JDP<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the evidence.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  September 22, 2021                Respectfully submitted,

                                          */s/ Jesse Kaplan by Chantal R. Jenkins\**
                                          *As authorized *via* email on September 22, 2021
                                          Jonathan Omar Pena
                                          Attorney for Plaintiff

Dated:  September 22, 2021                PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration


                                    By:   */s/ Chantal R. Jenkins*
                                          CHANTAL R. JENKINS
                                          Special Assistant United States Attorney

**ORDER**

The parties' stipulation to remand is approved and so ordered. ECF No. 25. The Clerk of Court is directed to enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and closing this case. All pending motions, ECF No. 21, are denied as moot.

IT IS SO ORDERED.

Dated:   September 22, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE